JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADE RAICEVIC<br><br>       Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, INC., A CORPORATION, SAFECO INSURANCE, INC., A CORPORATION, SAFECO INSURANCE, LIBERTY MUTUAL INSURANCE, INC. A CORPORATION, LIBERTY MUTUAL, INC., A CORPORATION, LIBERTY MUTUAL, and Does 1 through 10, Inclusive<br><br>       Defendants. | Case No. 2:21-cv-09154-DSF-RAO<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

    Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear his and its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: April 15, 2022

                                                        _____
                                                        Hon. Dale S. Fischer
                                                        United States District Judge